UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  D. ERIK VON KIEL, | : | Case No. 10-21364REF |
| Debtor | : | Chapter 7 |
| D. ERIK VON KIEL, | : | |
| Plaintiff | : | Adversary No. 11-2022 |
| v. | : | |
| U.S. DEPT of HEALTH & HUMAN SERVICES, ET AL., | : | |
| | : | |
| Defendants | : | |

# ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

AND NOW, this 19 day of June, 2012, upon my consideration of Defendants' Motion for Summary Judgment and documents filed in support thereof, Debtor's Cross-Motion for Summary Judgment and documents filed in support thereof, and the briefs filed by the parties, and upon the findings of fact and conclusions of law stated in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED and JUDGMENT ON COUNTS 1 - 6 OF THE COMPLAINT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST DEBTOR.

IT IS FURTHER ORDERED that Debtor's Cross-Motion for Summary Judgment is DENIED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge